# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

VICKI WILLIAMS,

       Plaintiff,

v.                                  CASE NO.  4:09cv84-RH/WCS

STEPHAN P. MICKLE,

       Defendant.

_____/

## <u>ORDER OF DISMISSAL</u>

This case is before the court on the magistrate judge's report and recommendation (document 3).  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "This case is DISMISSED."  The clerk must close the file.

SO ORDERED on April 20, 2009.

                               s/Robert L. Hinkle_____
                               Chief United States District Judge